United States District Court
Southern District of Texas
FILED

MAR 1 4 2017

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Jose Luis LOPEZ-Luna
Mexican National
YOB: 1966

**CRIMINAL COMPLAINT**

Case Number: M-17-0453-M

I, ~~Christopher Sullins~~ Mark Lewis, the undersigned complainant state that the following is true and correct to the best of my
M.L. 3/14/17
knowledge and belief. On or about __March 14, 2017__ in __Hidalgo__ County, in
(Date)
the __Southern__ District of __Texas__ the defendant(s) did,

Possess with the intent to distribute, approximately 17.02 kilograms of cocaine (a Schedule II controlled substance),

in violation of Title __21__ United States Code, Section(s) __841__.

I further state that I am a(n) __HSI Task Force Officer__ and that this complaint is based on the
Official Title
following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

_Signature of Complainant_

Mark Lewis, HSI Task Force Officer
Printed Name of Complainant

Sworn to before me and signed in my presence, Lynn Wray MSA

March 14, 2017       3:49 pm       at       McAllen, Texas
Date                                           City and State

U.S. Magistrate Judge Peter Ormsby
Name and Title of Judicial Officer

_Signature of Judicial Officer_

**Attachment "A"**

On March 14, 2017, at approximately 8:40am, Jose Luis LOPEZ-Luna entered the United States (U.S.) through the Los Ebanos, Texas Port Of Entry (POE) as the driver/sole occupant of a Chevrolet Lumina (with Mexican license plates of 867TRF3). At the primary inspection area, Customs and Border Protection Officer (CBPO) Villarreal encountered LOPEZ and received a negative declaration for contraband. CBPO Luther utilized a density meter and obtained high readings in the passenger rear door. CBPO Luther then observed packages of suspected narcotics in the passenger rear door panel. CBPO Villarreal, while handcuffing LOPEZ asked what was in the packages, to which LOPEZ responded that it was cocaine.

A further inspection of the vehicle revealed a total of fifteen (15) packages hidden in the rear door panels. HSI TFO Mark Lewis and SA Jason Jupe responded to the POE. The packages field tested positive for the presence of cocaine, with a total weight of 17.02 kilograms.

TFO Lewis and SA Jupe interviewed LOPEZ (the interview was conducted by TFO Lewis in Spanish). LOPEZ was read his Miranda rights in Spanish and agreed to waive his rights and answer questions. LOPEZ stated he knew there was cocaine in the vehicle. LOPEZ stated this was the second time he had transported narcotics into the United States.

TFO Lewis contacted the AUSA's office and presented the facts. Federal prosecution was accepted on LOPEZ for violations of 21 USC 841.